UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JONES,<br><br>   Plaintiff,<br><br>  v.<br><br>JEREMY JAMES, et al.,<br><br>   Defendants. | Case No.  14-cv-02763-KAW<br><br>ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND<br><br>Dkt. No. 1 |

  The Court has received Plaintiff Wendy Jones's complaint and application to proceed *in forma pauperis*, both filed in this Court on June 16, 2014.  The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor.  28 U.S.C. § 1915(a).  The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).

  Plaintiff does not provide any facts upon which she seeks relief, and so it is impossible to discern from Plaintiff's complaint any of the essential details of the events that triggered her lawsuit, or the legal theories under which she seeks relief.  Based on the defendants named, and Plaintiff's residence, however, it appears that this action may have been filed in the wrong U.S. District Court, as Plaintiff's address in Jamestown, CA and Sonora, CA are both located in the U.S. District Court for the Eastern District of California.

  Nonetheless, Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil

Procedure. Accordingly, pursuant to its authority under 28 U.S.C. § 1915(e)(2), the Court hereby dismisses plaintiff's complaint with leave to amend. Plaintiff shall file an amended complaint no later than **July 31, 2014** or the case will be dismissed with prejudice. Plaintiff's amended complaint should not include her social security number, fingerprints or postage stamps. In addition, she does not need to have her amended complaint, or any filing with the court, notarized.

If Plaintiff decides that the U.S. District Court for the Northern District of California is the proper venue for her case, she may wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982.

If Plaintiff discovers that the U.S. District Court for the Eastern District of California is the proper venue, she may file a voluntary dismissal in this matter and refile her action in the Eastern District.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge