1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   WENDY JONES,
                    Plaintiff,                    Case No.  14-cv-02763-KAW
8              v.

9   JEREMY JAMES, et al.,                          ORDER TO SHOW CAUSE; ORDER
                    Defendants.                     VACATING SEPTEMBER 9, 2014 CASE
10                                                  MANAGEMENT CONFERENCE

11

12

13          On June 24, 2014, the Court granted Plaintiff Wendy Jones' application to proceed in

14   forma pauperis, but dismissed her complaint with leave to amend because Plaintiff did not provide

15   any facts upon which she sought relief, making it impossible to discern any of the essential details

16   of the events that triggered her lawsuit, or the legal theories under which she was seeking relief.

17   (Dkt. No. 5.)  The Court further noted that based on the defendants named in the complaint and

18   Plaintiff's residence, it appeared that this action may have been filed in the wrong U.S. District

19   Court. *Id.*  Plaintiff's address is in Jamestown, CA and the defendants are in Sonora, CA, which

20   are both located in the Eastern District of California. *Id.*  The Court gave Plaintiff until July 31,

21   2014 to file an amended complaint.  Alternatively, Plaintiff was advised that if she discovered that

22   the Eastern District was the proper venue, she could file a voluntary dismissal in this matter and

23   refile her action in the Eastern District. *Id.*

24          On July 7, 2014, Plaintiff filed three documents, one of which appeared to be an attempt at

25   an amended complaint. (Dkt. No. 6.)  In fact, it was not an amended complaint, but merely a cover

26   sheet with an attached declaration filed in Tuolumne County Superior Court in a juvenile court

27   matter involving Plaintiff's minor daughters. *Id.*  Plaintiff also filed a letter stating that she "would

28   be adding a list of requirements done to me shortly following this letter." (Dkt. No. 8.)  Since

United States District Court
Northern District of California

1   these documents did not constitute an amended complaint, they were stricken on July 18, 2014,

2   and Plaintiff was reminded that she had until July 31, 2014 to file an amended complaint. (Dkt.

3   No. 9.)

4         To date, Plaintiff has not filed an amended complaint.  Accordingly, the case management

5   conference scheduled for September 9, 2014 is vacated, and Plaintiff is ordered to file her

6   amended complaint on or before September 26, 2014.  Additionally, by September 26, 2014,

7   Plaintiff shall respond to this second order to show cause to explain her failure to file an amended

8   complaint and respond to this order to show cause, and address why her case should not be

9   dismissed for failure to prosecute.  Failure to both file an amended complaint and respond to this

10   order to show cause by **September 26, 2014**, will result in the reassignment of this case to a

11   district judge with the recommendation that the action be dismissed without prejudice for failure

12   to prosecute.

13         Alternatively, if Plaintiff realizes that her complaint should be filed in the Eastern District

14   instead of the Northern District, she may also comply with this order by filing a dismissal of the

15   action without prejudice by September 26, 2014. She may then refile the action in the Eastern

16   District if she so chooses.

17         Plaintiff may seek assistance from the Federal Pro Bono Project's Help Desk—a free

18   service for pro se litigants—by calling (415) 782-8982.  She may also wish to consult the manual

19   the Court has adopted to assist pro se litigants in presenting their case.  This manual, and other

20   free information, is available online at: *http://cand.uscourts.gov/proselitigants*.  Plaintiff

21         IT IS SO ORDERED.

22   Dated: September 4, 2014

23   _____

24   KANDIS A. WESTMORE
     United States Magistrate Judge

25

26

27

28

United States District Court
Northern District of California

2